UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREY SMITH,<br>   Plaintiff,<br>  v.<br>JOHN CHAU, et al.,<br>   Defendants. | Case No. 13-cv-01440-JST (PR)<br><br>**ORDER OF TRANSFER** |

  Plaintiff, a prisoner at the R. J. Donovan Correctional Facility, has filed a pro se complaint under 42 U.S.C. § 1983 alleging inadequate medical care. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in San Diego County, which lies within the venue of the Southern District of California. See 28 U.S.C. § 84(d). Venue therefore properly lies in the Southern District. See id. § 1391(b).

  Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Southern District of California.

  The Clerk shall transfer this matter and terminate all pending motions as moot.

  **IT IS SO ORDERED**.

Dated: June 6, 2013

                JON S. TIGAR
                United States District Judge